UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Cedar,

       Petitioner,	Civil No. 05-2625 (RHK/JSM)

vs.	**ORDER**

Sheryl Mach,

       Respondent.

---

Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus and Petition for Redress of Grievance "without ruling on the merits of said pleadings," (Doc No. 9) is **GRANTED** and the Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated: December 21, 2005

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge